**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EMILIO EVALIO ARENAS,  )
  )  2:15-cv-01516-RCJ-CWH
   Plaintiff, )
  )  **ORDER**
vs. )
  )
LAS VEGAS METROPOLITAN POLICE )
   DEPT., *et al.*, )
  )
   Defendants. )
_____)

This matter is before the Court on pro se prisoner Plaintiff Emilio Evalio Arenas's ("plaintiff") Motion/Application to Proceed In Forma Pauperis (doc. # 1), filed August 7, 2015.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, plaintiff must complete an application to proceed in forma pauperis for prisoners and attach both an inmate account statement for the past six months and a properly executed financial certification. Plaintiff has submitted an application to proceed in forma pauperis but has not submitted his inmate account statement or the executed financial certificate. As such, the application to proceed in forma pauperis is incomplete and denied without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Motion/Application to Proceed In Forma Pauperis (doc. # 1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **mail** plaintiff a blank application to proceed in forma pauperis by a prisoner, along with information and instructions for filing an in forma

1 | pauperis application.

2 |       **IT IS FURTHER ORDERED** that the Clerk of Court shall retain plaintiff's complaint.

3 |       **IT IS FURTHER ORDERED** that plaintiff shall have until **October 23, 2015** in which to:
4 | (1) file a complete application to proceed in forma pauperis, along with financial attachments in
5 | compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400.00.

6 |       **IT IS FURTHER ORDERED** that failure to timely comply with this order will result in a
7 | recommendation that this case be dismissed.

8 |       Dated: September 24, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2