# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMILIO EVALIO ARENAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.,*<br><br>　　　　　Defendants. | CASE NO.: 2:15-CV-01516-RCJ-CWH<br><br>**ORDER** |

　　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (6[1]) entered on April 18, 2016, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #4) and the Clerk of the Court file Plaintiff's Complaint (ECF #1-1) on the record. It was further recommended that Plaintiff's Complaint be dismissed without prejudice with leave to amend. It was further ordered that if Plaintiff chooses to file an amended complaint it shall be filed thirty days from April 18, 2016.

　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on April 18, 2016, should be ADOPTED AND ACCEPTED.

　　　IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #4) is GRANTED.

　　　IT IS FURTHER ORDERED that this action is DISMISSED with leave to amend. The Clerk of the Court shall enter judgment accordingly and close the case.

　　　IT IS SO ORDERED this 17th day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES

---

[1] Refers to court's docket number.